UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 07-14082-CR-MARTINEZ/LYNCH(s)

UNITED STATES OF AMERICA
    Plaintiff,

vs.

MARTIN DELGADO-ALMAZAN,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on January 15, 2008. A Report and Recommendation was filed on January 24, 2008, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a *de novo* review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to Count One of the Superseding Indictment which charges the Defendant with conspiracy to possess with intent to distribute cocaine in excess of 500 grams, in violation of Title 21, United States Code, Section 841(a)(1) and 846.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6 day of February, 2008.

                                                           JOSE E. MARTINEZ
                                                           UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office